## UNITED STATES v. JOHN CARTER

**No. 4792.**—Invoice dated Berlin, Germany, November 4, 1938.
Entered at Wilmington, N. C., December 9, 1938.
Entry No. 19.

(Decided March 14, 1940)

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.
*John Carter* and *E. VonMaltitz* for the defendant.

BROWN, Judge: This appeal to reappraisement has been submitted for decision by the parties hereto agreeing that the proper dutiable value of the involved merchandise, at the time of exportation thereof, is the value returned by the appraiser, plus 10 per centum.  Judgment will be rendered accordingly.